IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR217 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON E. MORRISON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 49). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; a hearing on the petition for warrant or summons for offender under supervision (Filing No. 41) is rescheduled for:

**Thursday, January 26, 2012, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court